**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000004
02-APR-2026
08:34 AM
Dkt. 101 OCOR**

NOS. CAAP-25-0000004 AND CAAP-25-0000005

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

**CAAP-25-0000004**
LAWRENCE FORD; JOHN KOONTZ; DON DAVIS; PHILLIP KOSZAREK;
WILLIAM ROBERT GAGE, JR.; REBECCA S. GAGE,
Complainants-Appellants-Appellees,
v.
BOARD OF APPEALS, COUNTY OF HAWAIʻI, Agency-Appellant,
and JEFF DARROW,[1] DIRECTOR, DEPARTMENT OF PLANNING,
COUNTY OF HAWAIʻI, Appellee-Appellant, and
RYAN A. NEAL; BEATA M. ZANONE, Respondents-Appellees-Appellees

and

**CAAP-25-0000005**
LAWRENCE FORD; JOHN KOONTZ; DON DAVIS; PHILLIP KOSZAREK;
WILLIAM ROBERT GAGE, JR.; REBECCA S. GAGE,
Complainants-Appellants-Appellees,
v.
BOARD OF APPEALS, COUNTY OF HAWAIʻI, Agency-Appellee,
and JEFF DARROW, DIRECTOR, DEPARTMENT OF PLANNING,
COUNTY OF HAWAIʻI, Appellee-Appellee, and
RYAN A. NEAL; BEATA M. ZANONE, Respondents-Appellees-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-23-0000200)

ORDER OF CORRECTION
(By: Hiraoka, J., for the court[2])

IT IS HEREBY ORDERED that the Memorandum Opinion of the
Intermediate Court of Appeals of the State of Hawaiʻi entered on

---

[1]    Jeff Darrow, the current Director of the County of Hawaiʻi
Department of Planning, is substituted for Zendo Kern, the former director,
under Hawaiʻi Rules of Appellate Procedure Rule 43(c)(1).

[2]    Leonard, Presiding Judge, Hiraoka and McCullen, JJ.

March 30, 2026, is hereby corrected as follows:

      1.  On page 7, paragraph 3, line 5, the word "purchase" shall be replaced with "purchaser" so that as corrected, the text will read: ". . . property was sold to a good-faith purchaser while the mortgagor's appeal was pending."

      2.  On page 13, in the left column credits section, the following counsel shall be added at the end:

> Renee N.C. Schoen,
> Justin C. Lee,
> Lerisa L. Heroldt,
> for Agency-Appellant
> Board of Appeals,
> County of Hawaiʻi and
> Appellee-Appellant
> Jeff Darrow, Director,
> Department of Planning,
> County of Hawaiʻi.

      The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

      DATED:  Honolulu, Hawaiʻi, April 2, 2026.

> For the court:
>
> /s/ Keith K. Hiraoka
> Associate Judge